# EXHIBIT A

SUPERIOR COURT OF CONNECTICUT
STAMFORD/NORWALK JUDICIAL DISTRICT

RETURN DATE: ~~OCTOBER 29, 2024~~ November 19, 2024

BRANDON VERNON,
Plaintiff,

v.

CAPITAL ONE,
Defendant.

COMPLAINT

I. PARTIES

1. Plaintiff Brandon Vernon is a resident of Norwalk, Connecticut, residing at 31 Hawthorne Drive, Norwalk, CT 06851.
2. Defendant Capital One is a corporation with its principal place of business located at 1680 Capital One Drive, McLean, VA 22102-3491.

II. FACTS

1. On May 9, 2024, Plaintiff applied for a Capital One Venture One credit card, for which he was pre-approved and pre-qualified.
2. Plaintiff provided all required documentation, including a photo ID and Social Security card, to verify his identity as requested by Capital One.
3. Plaintiff was informed that a decision would be provided within 7-10 business days. However, after more than 40 days without a response, Plaintiff filed a complaint with the Consumer Financial Protection Bureau (CFPB) on June 10, 2024, regarding Capital One's bad faith handling of his credit card application.
4. On June 13, 2024, Plaintiff received an email from Capital One stating that his application was denied, citing the reason that they were unable to verify his identity despite previously confirming the documentation had been received and verified over the phone.

5. On August 20, 2024, Plaintiff was prequalified and preapproved for a Capital One Quicksilver card. Plaintiff again provided documentation, including his passport, and has yet to receive a credit decision despite Capital One confirming receipt of his documents.
6. Due to these two separate applications, which resulted in no approval and additional hard credit inquiries, Plaintiff's credit score has been severely impacted, leading to subsequent declines from other financial institutions.
7. The actions taken by Capital One have caused financial harm to the Plaintiff, including a significant drop in his credit score, denial of credit applications from other institutions, and emotional distress due to bad faith practices and retaliatory actions following the Plaintiff's CFPB complaint.
8. On January 8, 2024, a small claim suit was brought against Plaintiff's mother, Monica Nugent, by Capital One for an alleged debt of $1,678.35, which she contests. Due to Monica Nugent's age and incapacity to respond adequately to legal documents, Plaintiff has been burdened with handling her case, which has caused him emotional distress and financial strain.
9. Plaintiff has lost time, resources, and income as a result of handling his mother's legal issues with Capital One and from researching and responding to their actions in bad faith.

## III. CLAIMS

1. **Breach of Good Faith and Fair Dealing:** Capital One has engaged in bad faith by unnecessarily delaying the Plaintiff's credit card application process, providing inconsistent information, and failing to make a decision in a reasonable time.
2. **Negligence and Retaliation:** Capital One retaliated against Plaintiff by denying his first application and unreasonably delaying the second after he filed a CFPB complaint, directly causing credit harm to Plaintiff.
3. **Violation of the Fair Credit Reporting Act (FCRA):** The two hard inquiries made by Capital One for the Plaintiff's credit card applications resulted in damage to his credit score, leading to further financial harm.

4. **Emotional Distress:** The Plaintiff has suffered emotional distress due to Capital One's actions, particularly in managing his mother's lawsuit and dealing with bad faith actions in his own applications.
5. **Negligence in Handling of Small Claims Lawsuit:** Capital One's negligence in pursuing a small claims lawsuit against Plaintiff's mother has added undue stress to the Plaintiff, depriving him of time, energy, and financial resources.

## IV. RELIEF REQUESTED

WHEREFORE, Plaintiff requests that the Court grant the following relief:

1. Damages in the amount of $250,000 for emotional distress, financial losses, credit damage, and punitive damages due to Capital One's bad faith and retaliatory actions.
2. An order compelling Capital One to remove the two credit inquiries from the Plaintiff's credit report.
3. Any further relief as the Court deems just and appropriate.

Respectfully submitted,

*/s/ Brandon Vernon*

**Brandon Vernon, Pro Se**
31 Hawthorne Drive
Norwalk, CT 06851
brandonvernon39@gmail.com
203-945-9921

**CERTIFICATION**

I hereby certify that a copy of the foregoing Complaint was mailed via first class mail, return receipt requested, to the following on this 2th day of October 2024:

**Capital One**
1680 Capital One Drive
McLean, VA 22102-3491

X _____

**Brandon Vernon,** Pro Se
31 Hawthorne Drive
Norwalk, CT 06851
brandonvernon39@gmail.com
203-945-9921