**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

**Brandon Vernon**
**Plaintiffs**
**v.**
**Capital One**
**Defendants**

**Case: 3:24-cv-01874**

**PLAINTIFF'S MOTION FOR VOLUNTARY WITHDRAWAL WITHOUT PREJUDICE**

NOW COMES the Plaintiffs, Brandon Vernon and Monica Nugent, and hereby respectfully move this Honorable Court to allow the voluntary withdrawal and dismissal of the above-captioned matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Plaintiffs seek this withdrawal in good faith and without prejudice to any rights, claims, or defenses that may exist in this matter.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant this Motion and dismiss the above-captioned action without prejudice.

Respectfully submitted,

Dated: June 16, 2025

/s/ Brandon Vernon
Brandon Vernon
Pro Se Plaintiff
31 Hawthorne Drive
Norwalk, CT 06851
brandonvernon39@gmail.com
203-945-9921

**CERTIFICATION OF SERVICE**

I hereby certify that on June 16, 2025, a copy of the foregoing Motion for Withdrawal Without Prejudice was served via CM/ECF or email upon:

Bennet Jerome Moskowitz (437932)

875 Third Avenue

New York, NY 10022

/s/ Brandon Vernon
 Brandon Vernon